Philip P. Weinberg and Herman N. Stutz, Copartners, Trading as Harry L. Michaels Associates, Appellees, v. Harewood Pottery Corporation, Appellant.

Gen. No. 45,881.

O'Keefe, O'Brien & Brooks, for appellant; James H. O'Brien, and Robert G. Hanson, of counsel; no briefs filed for appellees. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed March 18, 1953; released for publication April 6, 1953.

Chicago Macaroni Company, Appellant, v. John Grossi and William Grossi, Trading as Grossi Brothers, Appellees.

Gen. No. 45,799.